## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Margaret Susan DOUGLAS,<br><br>Defendant. | Case No.:  '22 MJ2892<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about August 11, 2022, within the Southern District of California, Margaret Susan DOUGLAS did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of August 2022.

_____
HON KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On August 11, 2022, at approximately 12:28 AM, Margaret Susan DOUGLAS, ("DOUGLAS"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry through pedestrian primary.

A Customs and Border Protection Officer received a Customs declaration from DOUGLAS of only having a water bottle to declare. DOUGLAS stated she was crossing the border to go to Chula Vista, California. After the CBPO received a computer-generated alert. DOUGLAS was escorted to pedestrian secondary.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the crotch area of DOUGLAS.

Further inspection of DOUGLAS resulted in the discovery of 2 packages concealed in the crotch area of DOUGLAS, with a total approximate weight of 120.94 grams (.26 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of Fentanyl.

DOUGLAS was placed under arrest at approximately 2:10 AM.

DOUGLAS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

1